USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DIVANNA ALTAGRACIA NUNEZ RODRIGUEZ-JIMENEZ MENCIA,

                Plaintiff,

-against-

LUIS CLEY PORTES PAREDES,

                Defendant.

------------------------------------------------------------------X

23-CV-5571 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 29, 2023, Plaintiff moved for an order (1) requiring Defendant to surrender K.L.P.P.'s passport, (2) precluding Defendant from removing K.L.P.P. from the Southern District of New York, and (3) permitting Plaintiff access to K.P.P.P., Dkt. 5;

    WHEREAS the parties appeared before the Undersigned for a status conference on July 10, 2023; and

    WHEREAS Defendant did not object to the grant of provisional relief and surrendered K.L.P.P.'s passport to the Undersigned.

    IT IS HEREBY ORDERED that K.L.P.P.'s passport will be placed under seal, and the Defendant is enjoined from removing K.L.P.P. from the Southern District of New York, which includes the counties of Bronx, New York, Dutchess, Orange, Putnam, Rockland, Westchester, and Sullivan. Plaintiff shall be permitted to have a daily phone call with K.L.P.P. every day between 6:30 P.M. and 7:30 P.M. via WhatsApp.

    IT IS FURTHER ORDERED that defense counsel must file a notice of appearance in this matter by **Friday, July 21, 2023, at 9:00 A.M.**

IT IS FURTHER ORDERED that a telephonic status conference in this matter is scheduled for **Friday, July 21, 2023, at 10:30 A.M.**, at which time the Court will set a schedule for discovery and an evidentiary hearing. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 5571. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date:  July 10, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**