**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DIVANNA ALTAGRACIA NUNEZ
RODRIGUEZ-JIMENEZ MENCIA,

                Petitioner,                23 **CIVIL** 5571 (VEC)

      -against-                      **JUDGMENT**

LUIS CLEY PORTES PAREDES,

                Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 15, 2024, the Report & Recommendation is ADOPTED in part. Judgment is entered in favor of Petitioner in the amount of $10,012.25.

**Dated:** New York, New York

    March 18, 2024

                                                            **RUBY J. KRAJICK**
                                                             Clerk of Court
                             **BY:**

                                                             **Deputy Clerk**